# PD-0784-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

NO. _____

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

| | |
|---|---|
| TYRONE DENARD ANDERSON<br>APPELLANT | § |
| vs. | § |
| THE STATE OF TEXAS<br>APPELLEE | § |

MOTION TO SUSPEND RULE 9.3 OF THE
TEXAS RULES OF APPELLATE PROCEDURE

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, TYRONE DENARD ANDERSON, APPELLANT, PRO SE AND IN SUPPORT OF THIS MOTION WILL SHOW THIS HONORABLE COURT THE FOLLOWING:

I.

BEING INCARCERATED IN THE TDCJ-INSTITUTION OF THE BILL CLEMENTS UNIT, IN POTTER COUNTY, AMARILLO, TEXAS, APPELLANT IS NOT AFFORDED ACCESS TO A PHOTO COPIER TO MAKE ADDITIONAL COPIES OF FUTURE FILINGS WITH THIS COURT. APPELLANT IS ALSO INDIGENT AND CANNOT AFFORD PURCHASES TO OBTAIN CARBON MATERIALS TO CREATE COPIES.

WHEREFORE, PREMISES, CONSIDERED, APPELLANT PRAYS THIS HONORABLE COURT GRANTS THIS MOTION TO SUSPEND RULE 9.3 OF THE RULES OF APPELLATE PROCEDURE AND TO ALLOW APPELLANT TO FILE AN ORIGINAL PLUS THREE (3) COPIES OF FUTURE PROCEEDINGS. IT IS SO PRAYED.

RESPECTFULLY REQUESTED,

TYRONE D. ANDERSON #1944026
BILL CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107

## CERTIFICATE OF SERVICE

I,TYRONE DENARD ANDERSON,#1944026,DO CERTIFY THAT A TRUE AND COR-RECT COPY OF THE FOREGOING MOTION HAS BEEN SENT TO THE ATTORNEY FOR THE STATE, NOBLE D.WALKER,Jr.,AT HUNT COUNTY,P.O.BOX 441, GREENVILLE,TEXAS 75403-0441,AND THE PROSECUTOR FOR THE STATE AT, P.O.BOX 12405,CAPITOL STA.,AUSTIN,TEXAS 78711-2405 BY PLACING THE SAME IN THE U.S.MAIL,POSTAGE PREPAID,FIRST CLASS.

EXECUTED ON THIS THE _July_ DAY OF _14_ 2015.

_Tyrone Anderson_
TYRONE ANDERSON #1944026
APPELLANT,PRO SE